UNITED STATES DISTRICT COURT
For the WESTERN DISTRICT OF NORTH CAROLINA

MISCELLANEOUS NO.: 3:23-MC-93

IN RE:

## ORDER REGARDING THE APPOINTMENT OF AN ACTING CLERK OF COURT

### ORDER

**THE COURT** has been notified that a vacancy will occur in the position of Clerk of Court for the U.S. District Court as of the close on business on May 31, 2023, and that the appointment of an acting Clerk of Court is necessary to conduct the business of the Court until a new Clerk can be appointed and assume the duties of the office,

**IT IS, THEREFORE, ORDERED,** with the concurrence of the Article III Judges in the District, that Ms. Katie Simon, Chief Deputy for the U.S. District Court is named Acting Clerk of Court, with full power, authority, and responsibility of the Clerk of Court. This transition to Acting Clerk of Court is effective June 1, 2023, and remains in effect until a new Clerk of Court is appointed by this Court.

This __31st___ day of May 2023.

Martin Reidinger, Chief
U.S. District Judge

Frank D. Whitney
U.S. District Judge

Kenneth D. Bell
U.S. District Judge

Richard S. Voorhees, Senior
U.S. District Judge

Robert J. Conrad, Jr.
U.S. District Judge

Max O. Cogburn, Jr.
U.S. District Judge

Graham C. Mullen, Senior
U.S. District Judge